IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA PEARSON,<br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 3:20-CV-01054-MAB<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 26), the Commissioner's final decision denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Rebecca Pearson and against Defendant Commissioner of Social Security.

DATED: September 30, 2022

                                            **MONICA A. STUMP,**
                                            **Clerk of Court**

                                            BY:  _/s/ Jennifer Jones_
                                                    **Deputy Clerk**

APPROVED:  _/s/ Mark A. Beatty_
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**