IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-01054-MAB |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

This matter is before the Court on Plaintiff's motion to award attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), filed on October 7, 2022 (Doc. 28). Plaintiff requests attorney fees in the amount of $2,350.00. *Id.* Plaintiff is not seeking any additional costs. Defendant has no objection (Doc. 30).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. §2412(d)(1)(B), in full satisfaction of any and all claims for attorney fees and expenses in this matter. The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

Plaintiff's motion to award fees pursuant to the EAJA (Doc. 28) is **GRANTED**. The Court awards Plaintiff attorney's fees and expenses in the amount of $2,350.00 (two thousand three hundred fifty dollars and zero cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). Because Plaintiff has not provided an assignment of fees, payment should be issued to Plaintiff and not Plaintiff's attorney.

**IT IS SO ORDERED.**

**DATED: December 6, 2022**

s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**
